No. 831. PERKINS v. OHIO. April 21, 1930. Docketed and dismissed on motion of *Mr. John J. Chester, Jr.,* for appellee.

No. 835. MARTIN v. RUDOLPH, WARDEN OF THE MISSOURI STATE PENITENTIARY. April 22, 1930. Docketed and dismissed on motion of *Mr. Walter E. Sloat* for appellee.

No. 370. FEDERAL TRADE COMMISSION v. WESTERN MEAT CO. ET AL. May 19, 1930. Writ of certiorari dismissed and mandate granted on motion of *Solicitor General Thacher* for petitioner. *Messrs. Edward F. Barry, Frank L. Horton,* and *Charles Aaron* for respondents.

No. 951. REEDAL ET AL. v. BROTHERTOWN REALTY CORP. May 26, 1930. Docketed and dismissed on motion of *Mr. Frederick DeC. Faust* for appellee.

No. 755. SCAIFE v. SCAIFE. May 26, 1930. Dismissed with costs on motion of *Mr. H. F. Stambaugh* for appellant. No appearance for appellee.

No. 756. McKEE ET AL. v. SCAIFE. May 26, 1930. Dismissed with costs on motion of *Mr. William S. Dalzell* for appellants. No appearance for appellee.